# NOT DESIGNATED FOR PUBLICATION

John Anthony Dunlap
Carver, Darden, et al
1100 Poydras St., #3100
New Orleans LA 70163

M. Hampton Carver
Carver, Darden, et al
1100 Poydras St., #3100
New Orleans LA 70163

Leslie R. Leavoy, Jr.
Attorney at Law
P. O. Box 1055
DeRidder LA 70634

Barry Craig Barnett
Susman Godfrey, LLP
901 Main Street, Ste 5100
Dallas TX 75202

Daniel H. Charest
Susman, Godfrey, LLP
901 Main Street, Ste 5100
Dallas TX 75202

Stephen L. Shackelford
Susman Godfrey, LLP
901 Main Street, Ste 5100
Dallas TX 75202

Anne Mullins
Susman, Godfrey, LLP
1000 Louisiana, Ste 5100
Houston TX 77002

Brian D. Melton
Susman, Godfrey, LLP
1000 Louisiana, Ste 5100
Houston TX 77002

REHEARING ACTION: September 2, 2011

Docket Number: 11   01007-CW

OLYMPIA MINERALS, LLC, ET AL.
VERSUS
HS RESOURCES, INC., ET AL.
Writ Application from BEAUREGARD Parish Case No. C-2005-0927

BEFORE JUDGES:

Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Olympia Minerals, LLC, et al** has this day been

DENIED.

cc: David Ramsey Lestage, Counsel for the Applicant
    Barry Lee Wertz, Counsel for the Applicant
    Jonathan D. Baughman, Counsel for the Applicant
    Chris L. Halgren, Counsel for the Applicant
    Nicholas P. Laurent, Counsel for the Applicant
    Carlos R. Soltero, Counsel for the Applicant
    Mark Domel, Counsel for the Applicant
    David Patrick Long, Counsel for  the Respondent

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**